United States District Court
Middle District of Florida
Jacksonville Division

CASSANDRA A. ALLEN,

     *Plaintiff,*

v.                                                   NO. **3:25-cv-1597-WWB-PDB**

SHIFTSMART, INC.,

     *Defendant.*

---

## Order

The plaintiff sues the defendant for alleged violations of state and federal law. Doc. 11. This order addresses service of process and a required disclosure statement.

### 1.

By **April 16, 2026**, the plaintiff must take two actions. First, she must complete the two required forms for service of process: (1) a summons in a civil action form (AO 440) and (2) a process receipt and return form (USM-285). The forms are attached. Second, she must deliver to the clerk's office, by hand or by U.S. Mail (300 North Hogan St., Jacksonville, Florida 32202), the completed forms and a copy of the amended complaint. Upon receipt of the papers from the plaintiff, the clerk must issue the summons and forward the papers to the United States Marshal for service of process.

To properly effectuate service, the plaintiff must serve the defendant's registered agent. When completing the forms, the plaintiff must direct the

United States Marshal to serve the defendant in care of ("c/o") "an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process." *See* Fed. R. Civ. P. 4(h)(1)(B) (quoted). A company's registered agent can usually be determined from a state website. The plaintiff must properly complete each form and provide her information where required. *See* Doc. 8 at 1 (proposed summons containing the defendant's information where the plaintiff's information should be).

The court sua sponte **extends** the deadline for service of process to allow the United States Marshal sufficient time to serve the defendant. The United States Marshal must serve the completed summons with a copy of the amended complaint and this order on the defendant by **May 21, 2026**.

If the plaintiff fails to timely comply with this order, the action may be dismissed, which will operate as a dismissal with prejudice if the statute of limitations has run on her claims.

**2.**

By **April 16, 2026**, the plaintiff must file a disclosure statement as required by Local Rule 3.03. The required form is in the "forms" section of the court's website, www.flmd.uscourts.gov/forms/all. As information, a new form is effective November 1, 2025.

**Ordered** in Jacksonville, Florida, on March 26, 2026.

Patricia D. Barksdale
United States Magistrate Judge

2

Attachments:

AO 440 form
USM-285 form

Copy to:

Cassandra Allen
7883 Melvin Road
Jacksonville, FL 32210