United States District Court
Middle District of Florida
Jacksonville Division

**CASSANDRA A. ALLEN,**

    *Plaintiff,*

v.

    **NO. 3:25-cv-1597-WWB-PDB**

**SHIFTSMART, INC.,**

    *Defendant.*

---

## Order

The process receipt and return form for the defendant was returned unexecuted. Doc. 20. The plaintiff provided this information in the service forms:

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shiftsmart, Inc.
Danielle M. Simpson
c/o Cole, Scott & Kissane, PA
Tower Place Ste 400
1900 Summit Tower Blvd.
Orlando, FL 32810

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
Shiftsmart, inc   Danielle M simpson c/o Cole, scott & kissane, PA

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Tower place Ste 400 1900 Summit Tower Blvd orlando FL 32810

Doc. 18 (summons); Doc. 20 (USM-285).

The plaintiff appears to have directed the United States Marshal to serve the lawyer who represented the defendant in a previous case, at the lawyer's law firm. *See* Doc. 12 in *Allen v. Shiftsmart, Inc.*, No. 3:24-cv-1093-TJC-MCR

(notice of lead counsel identifying Danielle M. Simpson, Esq., of Cole, Scott & Kissane, P.A.).

As explained, *see* Doc. 14 at 1–2, the plaintiff must serve the defendant's registered agent or other appropriate person. When completing the forms, the plaintiff must direct the United States Marshal to serve the defendant in care of ("c/o") "an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process." *See* Fed. R. Civ. P. 4(h)(1)(B) (quoted). A company's registered agent can usually be determined from a state website. If the defendant is a Texas corporation, the information may be found on the website for the Texas Secretary of State.

By **May 19, 2026**, the plaintiff must deliver to the clerk's office (by hand or by U.S. Mail) a copy of the amended complaint and the two required forms for service of process (AO 440 and USM-285), containing adequate information for the United States Marshal to effectuate service on the defendant through the defendant's registered agent. The forms are available in the "forms" section of the court's website, www.flmd.uscourts.gov/forms/all. Upon receipt of the papers from the plaintiff, the clerk must forward the papers to the United States Marshal for service.

The court sua sponte **extends** the deadline for service of process to allow the United States Marshal sufficient time to serve the defendant. The United States Marshal must serve the updated summons with a copy of the amended complaint and this order on the defendant by **June 16, 2026**.

The plaintiff is encouraged to use the resources available for unrepresented litigants. A *Guide for Proceeding Without a Lawyer* is available on the court's website. In addition, the Jacksonville Federal Court Bar

2

Association operates a Legal Information Program through which unrepresented litigants can obtain information from a lawyer on a limited basis for free. To participate, the plaintiff may contact the clerk's office at (904) 549-1900.

**Ordered** in Jacksonville, Florida, on April 30, 2026.

Patricia D. Barksdale
United States Magistrate Judge

c:    Cassandra Allen
      7883 Melvin Road
      Jacksonville, FL 32210